# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-1062
_____

Henry E. Lyons

Plaintiff - Appellee

v.

Leo E. Morton

Defendant

F. Wayne Vaught; Reginald Bassa

Defendants - Appellants

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:13-cv-00897-BP)
_____

**JUDGMENT**

Before LOKEN, MURPHY and MELLOY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

November 22, 2017

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans