# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-1062

Henry E. Lyons

Appellee

v.

Leo E. Morton

F. Wayne Vaught and Reginald Bassa

Appellants

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:13-cv-00897-BP)
_____

**MANDATE**

In accordance with the judgment of 11/22/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 04, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit