IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HENRY E. LYONS, | |
| Plaintiff, | |
| v. | Case No. 4:13-cv-00897-BP |
| F. WAYNE VAUGHT, et al., | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

The parties, by and through their counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of this action, <u>with prejudice</u>, with each party to bear their own attorney's fees and costs.

Dated: December 5, 2017      Respectfully submitted,

      McCLELLAND LAW FIRM
      *A Professional Corporation*

      By:    <u>/s/ Ryan L. McClelland</u>
             Ryan L. McClelland, MO Bar #59343
             The Flagship Building
             200 Westwoods Drive
             Liberty, Missouri 64068-1170
             Telephone: (816) 781-0002
             Facsimile: (816) 781-1984
             <u>ryan@mcclellandlawfirm.com</u>

      ATTORNEYS FOR PLAINTIFF

and

SEYFERTH BLUMENTHAL & HARRIS LLC

      By:    <u>/s/ Michael L. Blumenthal</u>
             Michael L. Blumenthal, MO Bar # 49153
             Deena B. Jenab, MO Bar #49666
             4801 Main Street, Suite 310
             Kansas City, Missouri 64112

TEL: (816) 756-0700
FAX: (816) 756-3700
mike@sbhlaw.com
deena@sbhlaw.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2017, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By: /s/ Ryan L. McClelland

ATTORNEYS FOR PLAINTIFF